UNITED STATES DISTRICT COURT
for the District of Kansas
(Kansas City Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 15-CR-20052-02-CM/TJJ |
| LAURA LEE SORSBY, a/k/a LAURA LEE SORSBY DORENBACH, 27352-031  *Defendant.* | ) ) ) | |

**FILED**
JAN 07 2016
TIMOTHY M. O'BRIEN CLERK
By: _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay LAURA LEE SORSBY, a/k/a LAURA LEE SORSBY DORENBACH, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information
☐ Superseding Information ☐ Complaint ☐ Probation Violation Petition
☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1:      18 U.S.C. § 1349 - WIRE FRAUD CONSPIRACY
Cts. 3-5:   18 U.S.C. § 1343 & 2 - WIRE FRAUD;
Forfeiture Allegations

Date: 12/17/2015

*M. Mont*
*Issuing officer's signature*

City and state: Kansas City, KS

*M. Mont  Deputy Clerk*
*Printed name and title*

### Return

This warrant was received on (date) 1/7/16, and the person was arrested on (date) 1/7/16
at (city and state) Kansas City, KS.

Date: 01/07/16

*[signature]*
*Arresting officer's signature*

Zac Howard, Deputy US Marshal
*Printed name and title*