IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No. 15-20052-2-CM |
| | ) |
| **LAURA LEE SORSBY** | ) |
| | ) |
| **Defendants.** | ) |

## INFORMATION

The United States Attorney for the District of Kansas charges:

## COUNT ONE

Beginning from the period on or about November 19, 2010, and continuing until in or around April 2014, in the District of Kansas and elsewhere, the defendant,

**LAURA LEE SORSBY,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, wire fraud in violation of Title 18, United States Code, Section 1343, concealed the same and did not make known the same to some judge and other person in civil authority under the United States, in violation of Title 18, United States Code, Section 4.

STEPHEN R. MCALLISTER
UNITED STATES ATTORNEY
DISTRICT OF KANSAS

s/ D. Christopher Oakley, #19248 for

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66061
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**Penalties:**

Count 1: 18 U.S.C. §4

    Not more than 3 years imprisonment; NMT $250,000 fine; NMT 1 year supervised release; $100 special assessment